| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Anderson, Jr., George R | 2. Court or Organization<br><br>U. S. District Court, SC | 3. Date of Report<br><br>4/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Post Office Box 2147<br><br>Anderson, SC 29622 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ · NONE    - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Foundation Council; Emeritus Member - Board of Visitors & Directors | Anderson College |
| 2.    Honorary Chairman, Library Committee | Anderson College |
| 3.    Board of Directors | Anderson County Museum |
| 4.    Founders Council | Clemson University Calhoun Lecture Series |
| 5.    Honorary Member, Board of Directors | Anderson Area YMCA |

RECEIVED 2005 MAY -9 A 10: 32 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SC Bar Association [Convention] | January 23-25, 2004, Charleston, SC [Hotel & Registration Fee] |
| 2. | SC Bar Association [Seminar] | May 20-21, 2004, Charleston, SC [Hotel] [Seminar Speaker] |
| 3. | SC Trial Lawyers Association [Convention] | August 4-7, 2004, Hilton Head, SC [Room, Registration Fee] |
| 4. | Charleston School of Law [Opening Ceremony] | August 17-18, 2004, Charleston, SC [Room] |
| 5. | SC Trial Lawyers Association [Convention] | December 2-5, 2004, Atlanta, GA [Room] [Convention Speaker] |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. INSURED MUNICIPAL INCOME TRUST BOND (9.36%) | A | Interest | J | T | P. Redeem | 1/25 | J | | |
| 3. COMMUNITY FIRST BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 4. SC RESOURCES AUTHORITY LOCAL GOVERNMENT BOND (7.2%) | C | Interest | K | T | | | | | |
| 5. CHARLESTON CO. SC HOSPITAL BOND (5.625%) | B | Interest | K | T | | | | | |
| 6. SC STATE HOUSING AUTHORITY BOND (6.45%) | C | Interest | K | T | P. Redeem | 1/1 | J | A | |
| 7. | | | | | P. Redeem | 7/1 | J | A | |
| 8. | | | | | P. Redeem | 9/1 | J | A | |
| 9. CHARLESTON CO. SC HOSPITAL BOND (5.625%) | B | Interest | K | T | | | | | |
| 10. DARLINGTON CO. SC BOND (6.125%) | C | Interest | L | T | | | | | |
| 11. RICHLAND-LEXINGTON SC AIRPORT BOND (6.125%) | B | Interest | K | T | | | | | |
| 12. CHARLESTON CO. SC BOND (5.5%) | C | Interest | K | T | | | | | |
| 13. CHARLESTON CO. SC BOND (5.5%) | D | Interest | M | T | | | | | |
| 14. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | B | Dividend | M | T | | | | | |
| 15. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | A | Dividend | K | T | | | | | |
| 16. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 17. SPARTANBURG COUNTY SC HEALTH SERVICES BOND (5.5%) | D | Interest | L | T | | | | | |
| 18. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. SPARTANBURG CO. SC HEALTH SERVICES BOND (5.125%) | D | Interest | M | T | | | | | |
| 20. SC PUBLIC SERVICE AUTHORITY BOND (5%) | B | Interest | K | T | | | | | |
| 21. BANK OF ANDERSON ACCOUNT, ANDERSON, SC | A | Interest | L | T | | | | | |
| 22. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 23. PEOPLES BANCORPORATION, INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 24. REGIONS FINANCIAL CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 25. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | D | Interest | M | T | | | | | |
| 26. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 27. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 28. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 29. MSDW IRA #1 | C | Dividend | K | T | | | | | |
| 30. - MSDW AMERICAN OPPORTUNITIES B MUTUAL FUND | | | | | | | | | |
| 31. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 32. MSDW IRA #2 | A | Dividend | J | T | | | | | |
| 33. - MSDW AMERICAN OPPORTUNITIES B MUTUAL FUND | | | | | | | | | |
| 34. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 35. MANDATORY IRA DISTRIBUTION: MSDW IRA #1 | B | Distribution | | | Distribution | 12/15 | | | See Note #1 in Part VIII |
| 36. MSDW GROWTH SEC. B FUND (MUTUAL FUND) | F | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 4/29/2005 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MSDW AMERICAN OPPORTUNITIES FUND B (MUTUAL FUND) | | None | L | T | | | | | |
| 38. MSDW CAPITAL OPPORTUNITIES FUND (MUTUAL FUND) | | None | J | T | | | | | |
| 39. MANDATORY IRA DISTRIBUTION: MSDW IRA #2 | A | Distribution | | | Distributio n | 12/15 | | | See Note #2 in Part VIII |
| 40. SC TRANSPORTATION INFRA-STRUCTURE BOND (5.375%) | D | Interest | N | T | | | | | |
| 41. HILTON HEAD ISLAND SC GEN. OBL. BOND (5.50%) | B | Interest | K | T | | | | | |
| 42. UNIVERSITY OF SC BOND (5.75%) | C | Interest | K | T | | | | | |
| 43. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 44. GREENVILLE HOSPITAL SYSTEM BOND (5.25%) | C | Interest | L | T | | | | | |
| 45. SC TRANSPORTATION INFRASTRUCTURE BOND (5.25%) | C | Interest | K | T | | | | | |
| 46. THREE RIVERS SOLID WASTE BOND (5.30%) | D | Interest | M | T | P. Redeem | 1/1 | K | | |
| 47. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 48. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | C | Interest | K | T | | | | | |
| 49. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 50. MSDW AMERICAN GROWTH FUND OF AMERICA B MUTUAL FUND | | None | K | T | | | | | |
| 51. BEAUFORT-JASPER SC WATER & SEWER BOND  (5.00%) | C | Interest | L | T | | | | | |
| 52. SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | J | T | | | | | |
| 53. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 54. SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 55. SC STATE PUBLIC SERVICE AUTHORITY SANTEE COOPER BOND(5.125%) | E | Interest | N | T | | | | | |
| 56. SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 57. LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 58. SC STATE PUBLIC SERVICE AUTHORITY SANTEE COOPER BOND(5.125%) | D | Interest | M | T | | | | | |
| 59. VAN KAMPEN COMSTOCK B MUTUAL FUND | A | Divided | L | T | | | | | |
| 60. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 61. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 62. SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |
| 63. SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 64. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 65. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 66. GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |
| 67. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |
| 68. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 69. SC STATE PUBLIC SERVICES AUTH. SANTEE COOPER BOND (4.75%) | B | Interest | K | T | | | | | |
| 70. SC STATE PUBLIC SERVICES AUTH. SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 71. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |
| 72. SC STATE PUBLIC SERVICES AUTH. SANTEE COOPER BOND (5.125%) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. MSDW JP MORGAN MID CAP VALUE B FUND | A | Dividend | K | T | Buy | 2/25 | K | | |
| 74. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | Buy | 1/12 | L | | |
| 75. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | Buy | 7/13 | L | | |
| 76. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | B | Interest | L | T | Buy | 10/28 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Anderson, Jr., George R | 4/29/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1)  Part VII, page 2, line 35:  6th mandatory IRA withdrawal.  IRA listed in Part VII, page 2, line 29.

2)  Part VII, page 3, line 39:  5th mandatory IRA withdrawal.  IRA listed in Part VII, page 2, line 32.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Anderson, Jr., George R | 4/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____        Date    APRIL 29, 2005

GEORGE R. ANDERSON, JR.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544